FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2022 OCT -6 PM 12: 49

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

PAUL STEVEN HULBERT

CASE NO. 3:22-cr-131-TJC-mCR
18 U.S.C. § 922(g)(9)
18 U.S.C. § 922(g)(8)
26 U.S.C. § 5861(d)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From a date unknown, but at least through and including in or about May 16, 2022, in the Middle District of Florida, the defendant,

PAUL STEVEN HULBERT,

knowing that he had previously been convicted in any court of a misdemeanor crime of domestic violence, that is, Domestic Battery, in Case Number 2021MM000936, in the County Court of the Fourth Judicial Circuit, in and for Clay County, Florida, on or about ~~August 17, 2022~~ October 26, 2021, KCT 10/6/22, did knowingly possess, in and affecting interstate and foreign commerce, firearms:

    a.    Ithaca, hammerless, 12-gauge shotgun, a weapon made from a shotgun with a barrel of less than 18 inches in length, SN# 142557;
    b.    Norinco, SKS, 7.62 x 39 mm caliber, rifle, SN# 2202327P;
    c.    Savage Arms Inc., 62, .22 caliber long rifle, SN# 3276337;

1

    d.    Inter Ordnance of America LP (I.O. Inc.), AK 47-C, 7.62x39 caliber rifle, SN# 005061;

    e.    Colt, New Police, .32 caliber revolver with obliterated serial number;

    f.    Polymer80, PF940V2, 9mm pistol with no serial number, with Live Free Armory LS17 Upper with attached auto sear "Glock Auto Switch"; and

    g.    Matrix Aerospace Corp., M556-SC, multi-caliber, rifle, a weapon made from a rifle with a barrel of less than 18 inches in length, SN# SC556-13832.

In violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(2).

## COUNT TWO

From a date unknown, but at least through and including in or about May 16, 2022, in the Middle District of Florida, the defendant,

PAUL STEVEN HULBERT,

knowing that he had previously been subject to an injunction for protection against domestic violence, that is, Temporary Injunction for Protection Against Domestic Violence with Minor Children, issued in Case Number 2021-DR-0837, in the Circuit Court of the Fourth Judicial Circuit, in and for Clay County, Florida, on or about May 19, 2021, issued after a hearing of which the defendant received actual notice and at which the defendant had the opportunity to participate, includes a finding that the defendant represented a credible threat to the physical safety of an intimate partner or child; and by its terms explicitly prohibited the use, attempted use, or threatened use of

2

physical force against such intimate partner or child, did knowingly possess, in and affecting interstate and foreign commerce, firearms:

    a. Ithaca, hammerless, 12-gauge shotgun, a weapon made from a shotgun with a barrel of less than 18 inches in length, SN# 142557;
    b. Norinco, SKS, 7.62 x 39 mm caliber, rifle, SN# 2202327P;
    c. Savage Arms Inc., 62, .22 caliber long rifle, SN# 3276337;
    d. Inter Ordnance of America LP (I.O. Inc.), AK 47-C, 7.62x39 caliber rifle, SN# 005061;
    e. Colt, New Police, .32 caliber revolver with obliterated serial number;
    f. Polymer80, PF940V2, 9mm pistol with no serial number, with Live Free Armory LS17 Upper with attached auto sear "Glock Auto Switch"; and
    g. Matrix Aerospace Corp., M556-SC, multi-caliber, rifle, a weapon made from a rifle with a barrel of less than 18 inches in length, SN# SC556-13832.

In violation of 18 U.S.C. §§ 922(g)(8) and 924(a)(2).

## COUNT THREE

From a date unknown, but at least through and including in or about May 16, 2022, in the Middle District of Florida, the defendant,

PAUL STEVEN HULBERT,

did knowingly possess a firearm as defined under 26 U.S.C. § 5845(a), that is, an Ithaca, hammerless, 12-gauge shotgun, a weapon made from a shotgun with a barrel of less than 18 inches in length, that was not then registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) & 5871.

## COUNT FOUR

From a date unknown, but at least through and including in or about May 16, 2022, in the Middle District of Florida, the defendant,

PAUL STEVEN HULBERT,

did knowingly possess a firearm as defined under 26 U.S.C. § 5845(a), that is, a Matrix Aerospace Corp., M556-SC, multi-caliber, rifle, a weapon made from a rifle with a barrel of less than 18 inches in length, that was not then registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5861(d) & 5871.

## FORFEITURE

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303.

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation 26 U.S.C. § 5861, the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

4. The property to be forfeited includes, but is not limited to, the following:

    a. Ithaca, hammerless, 12-gauge shotgun, a weapon made from a shotgun with a barrel of less than 18 inches in length, SN# 142557;

    b. Norinco, SKS, 7.62 x 39 mm caliber, rifle, SN# 2202327P;

    c. Savage Arms Inc., 62, .22 caliber long rifle, SN# 3276337;

    d. Inter Ordnance of America LP (I.O. Inc.), AK 47-C, 7.62x39 caliber rifle, SN# 005061;

    e. Colt, New Police, .32 caliber revolver with obliterated serial number;

    f. Polymer80, PF940V2, 9mm pistol with no serial number, with Live Free Armory LS17 Upper with attached auto sear "Glock Auto Switch"; and

    g. Matrix Aerospace Corp., M556-SC, multi-caliber, rifle, a weapon made from a rifle with a barrel of less than 18 inches in length, SN# SC556-13832.

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kevin C. Frein
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
10/3/22 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

PAUL STEVEN HULBERT

INDICTMENT

Violations: CT 1: 18 U.S.C. §§ 922(g)(9) and 924(a)(2)
CT 2: 18 U.S.C §§ 922(g)(8) and 924(a)(2)
CT's 3-4: 26 U.S.C. §§ 5861(d) and 5871

A true bill,

_____
Foreperson

Filed in open court this 6th day

of October, 2022.

_____
Clerk

Bail   $_____

GPO 863 525